UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| v. | * | Civil No. 95-MC-77 |
| | * | |
| Sherman P. Jones, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |

NOTICE OF GARNISHMENT AND INSTRUCTIONS
TO THE ABOVE-NAMED JUDGMENT DEBTOR:

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a

judgment entered against you in 95-MC-77 and the Garnishment was served on

Department of Defense, Garnishee, and it is believed that the Garnishee may have property

of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED THAT, unless within twenty (20) days from the

date of receipt of the Answer of the Garnishee, you file a written objection to explain why

you think these funds are exempt under the state or federal law and request a hearing, a

Court Order will be entered attaching the funds or property and the funds or property will

be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the Office of

the Clerk of the United States District Court, District of Maryland, at U.S. Courthouse, 101

W. Lombard Street, Room 4415, Baltimore, Maryland 21201. The objection must state

your reasons for believing that this property is not subject to attachment by the United

States of America.  A copy of the objection or other pleadings must also be served on: (1)

Thomas F. Corcoran, Assistant United States Attorney for the District of Maryland at 36 S.

Charles Street, Fourth Floor, Baltimore, Maryland 21201, and (2) Washington

Metropolitan Area Transit Authority, 600 Fifth Street, NW, Washington, DC 20012.

**YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE**

**MEANING OF THIS NOTICE.**

Rod J. Rosenstein
United States Attorney


Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 24894