# Memorandum



| Subject | Date |
|---|---|
| Corrected Writ of Garnishment | November 23, 2007 |

| To | From |
|---|---|
| U.S. District Court-Maryland<br>Clerk's Office | U.S.A.O.-MD<br>Financial Litigation Unit |

Dear Clerk;

Please find enclosed a corrected Writ of Continuing Garnishment for Sherman P. Jones. Case# 95-MC-77. The original writ was filed on October 10, 2007 however, the amount of judgment entered was incorrect. Please substitute this corrected writ in place of the previously filed writ.

Please certify as usual and return to my attention.

Thank you for your cooperation

Lawrence Palmer
Financial Litigation Unit

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * CIVIL NO. 95-MC-77 |
| SHERMAN P. JONES | * |
| Defendant and, Judgment Debtor, | * |
| and | * |
| WASHINGTON METRO AREA TRANSIT AUTHORITY 600 Fifth Street NW Washington, D.C. 20001 Attn: Human Resources | * |
| Garnishee. | * |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered in the above-captioned case against Sherman P. Jones, defendant, social security number **XXX-XX-8685**, whose last known address is 6939 Georgia Avenue, NW, Apt 417, Washington, D.C. 20012 and who is indebted to the United States in the amount of $90,508.69, plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of November 21, 2007, there remains due and owing to the creditor by the debtor the sum of $172,301.16

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

By: /s/ *signature*

Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 24894