UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Civil 95-MC-77 |
| | * | |
| SHERMAN P. JONES, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |
| WASHINGTON METRO AREA TRANSIT AUTHORITY | | |
| 600 Fifth Street NW | * | |
| Washington, D.C. 20001 | * | |
| Attn: Human Resources | * | |
| Garnishee. | * | |
| | * | |
| | * | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $90,508.69   plus additional interest until paid in full.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on January 9, 2008 , stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Harold Brown Jr maintains an interest.

On or about November 30, 2007 , the Defendant and Judgement Debtor was notified of his right to a hearing. No hearing was requested.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

_____
Date

_____
HONORABLE
U. S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,         *
                                             *

       Plaintiff and                *
       Judgment Creditor,        *
                                             *
                                           *

       v.                       *      Civil No.95-MC-77
                                         *

SHERMAN P. JONES            *
                                         *

       Defendant and          *
       Judgment Debtor,       *
                                         *

and                                 *
                                         *

WASHINGTON METRO AREA TRANSIT AUTHORITY
600 Fifth Street NW           *
Washington, D.C. 20001      *
Attn: Human Resources      *
       Garnishee.           *
                                         *
                                         *
                                         *

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

      The United States of America, the Plaintiff and Judgement Creditor herein, hereby

certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of

Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement

Debtor was sent to the Defendant and Judgement Debtor by first class mail on November 30,

2007, to the last known address of the Defendant and Judgement Debtor, and service was made

upon the Garnishee on November 29, 2007 .

ROD J. ROSENSTEIN

UNITED STATES ATTORNEY

By: _____

Thomas F. Corcoran
Assistant U.S. Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 024894