UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff and Judgment Creditor, | * | |
| v. | * | Civil 95-MC-77 |
| SHERMAN P. JONES, | * | |
| Defendant and Judgment Debtor, | * | |
| and | * | |
| WASHINGTON METRO AREA TRANSIT AUTHORITY 600 Fifth Street NW Washington, D.C. 20001 Attn: Human Resources Garnishee. | * | |

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 31 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $90,508.69 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on January 9, 2008, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Harold Brown Jr maintains an interest.

On or about November 30, 2007, the Defendant and Judgement Debtor was notified of his right to a hearing. No hearing was requested.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

JAN. 30, 2008
Date

*/s/ RLD Bentt*
HONORABLE
U. S. DISTRICT JUDGE

2